UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jarvis Webster,<br><br>                  Plaintiff,<br><br>      -against-<br><br>Macys, Inc. et al.,<br><br>                  Defendants. | 24-CV-8623 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendants moved to dismiss plaintiffs' complaint on February 10, 2025. Dkt. 13. In response to the motion to dismiss, plaintiff filed an amended complaint. Dkt. 20. Defendants then moved to dismiss the amended complaint. Dkts. 22–23.

    Now that defendants have moved to dismiss the amended complaint, their motion to dismiss the original complaint is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 13.

    SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge