UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jarvis Webster,<br><br>                              Plaintiff,<br><br>         -against-<br><br>Macy's, Inc. et al.,<br><br>                              Defendants. | 24-CV-8623 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff filed a second amended complaint on May 16, 2025. Defendants Macy's, Inc. and Patrick Murphy should inform the Court whether they intend to rely on their pending motions to dismiss or file new motions.

    Given 24 Seven Talent Inc. is no longer a defendant in this case, its motion to dismiss at Dkt. 26 is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 26.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge